UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

Case No. 26-mj-30532

Plaintiff,

vs.

SHANNON MONET STEEL

Defendant.
____________________________/

**APPEARANCE**

Please enter my Appearance as counsel on behalf of Defendant, Shannon Monet Steel, in the above-captioned matter.

Respectfully submitted,

/s/Steven Scharg
STEVEN SCHARG (P43732)
Attorney for Defendant
615 Griswold, Suite 1120
Detroit, Michigan 48226
(313) 300-0214
Mi Bar No. P43732
Scharg1924@Gmail.com

Dated: September 15, 2026